No. 13,139.

WAKEFIELD *v.* ALFORD.
(16 P. [2d] 1120)

Decided November 21, 1932.   Rehearing denied December 27, 1932.

Judgment affirmed en banc on application for supersedeas without written opinion.

Messrs. MOFFETT & HITCHCOCK, for plaintiff in error.

Mr. JAMES R. HOFFMAN, for defendant in error.